515 F.2d 1098
 Marion deV. COTTEN, Plaintiff-Appellant,
v.
BOARD OF REGENTS OF the UNIVERSITY SYSTEM OF GEORGIA et al.,
Defendants-Appellees.
 No. 74-2932.
 United States Court of Appeals,
Fifth Circuit.
 July 9, 1975.
 
 John B. Long, Augusta, Ga., for plaintiff-appellant.
 Gould B. Hagler, Augusta, Ga., for Moretz and Curtis.
 Alfred L. Evans, Jr., Asst. Atty. Gen., Atlanta, Ga., for defendants-appellees.
 Before GODBOLD, Circuit Judge, SKELTON, Associate Judge,* and GEE, Circuit Judge.
 PER CURIAM:
 
 
 1
 We agree with the findings and legal conclusions of the district court, which appear at --- F.Supp. ---. The judgment is
 
 
 2
 Affirmed.
 
 
 
 *
 Of the U. S. Court of Claims, sitting by designation